UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH EDWARD HAYWARD, | ) | No. EDCV 12-1180 CW |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND THREE HUNDRED SIXTY THREE DOLLARS AND 94/100 ($2,363.94) subject to the terms of the stipulation.

*Carla M. Woehrle*

DATE:  May 29, 2013  _____

HON. CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

_____

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-